# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SKYE R. PAIGE,

  Plaintiff,

  v.

CITY OF FARMINGTON,

  Defendant.

Case No. 19-4103-JAR-ADM

## ORDER ADOPTING REPORT AND RECOMMENDATION

  Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Angel D. Mitchell, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to transfer Plaintiff's case to the United States District Court for the Eastern District of Missouri (Doc. 7).

  **IT IS THEREFORE ORDERED BY THE COURT** this case is hereby transferred to the United States District Court for the Eastern District of Missouri in accordance with the February 3, 2020 Report and Recommendation (Doc. 7). The Clerk shall send a copy of this Order to Plaintiff by regular and certified mail, and to the City of Farmington at 110 Columbia St., Farmington, MO 63640.

  **IT IS SO ORDERED.**

  Dated: February 28, 2020

                S/ Julie A. Robinson
                JULIE A. ROBINSON
                CHIEF UNITED STATES DISTRICT JUDGE